**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| DONNA KAY LEE, *Petitioner-Appellant*, | No.12-56258 |
| v. | D.C. No. 2:01-cv-10751-PA-PLA |
| DEBRA JACQUEZ, *Respondent-Appellee.* | ORDER |

On Remand From The United States Supreme Court

Filed September 6, 2016

Before: Mary M. Schroeder, Harry Pregerson, and Jacqueline H. Nguyen, Circuit Judges.

## ORDER

Pursuant to the decision of the United States Supreme Court in *Johnson v. Lee*, ___ U.S.___, 136 S. Ct. 1802 (2016), the judgment of the district court is **AFFIRMED**.